

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Racheal Michelle Swanger,         * From the County Court
of Eastland County,
Trial Court No. 2200395.

Vs. No. 11-23-00183-CR         * August 15, 2024

The State of Texas,         * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.